UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MORRIS M. GOLDINGS, )<br>)<br>Plaintiff )<br>)<br>V. )<br>)<br>DAVID L. WINN )<br>and JOHN ASHCROFT, )<br>)<br>Defendants )<br>) | CIVIL ACTION<br>NO. 03-40161-WGY |

CERTIFICATE
PURSUANT TO F.R.A.P. RULE 10(b)(1)(B)

Pursuant to the provisions of Federal Rules of Appellate Procedure Rule 10(b)(1)(B), the undersigned Appellant certifies that no transcript will be ordered in this case.

_____
Morris M. Goldings, pro se
Register No. 24149-038
Federal Medical Center,
   Devens
P.O. Box 879 - Camp
Ayer, MA  01432

November 18, 2003

Clerk
United States District Court
District of Massachusetts
U.S. Courthouse - Suite 2300
1 Courthouse Way
Boston, MA. 02210

RE: Goldings, Winn, et al
No. C.A. 03-40161-WGY

Dear Madame / Sir:

Please file the enclosed Certificate Pursuant to F.R.A.P. Rule 15(c)(1)(B)

Thank you

Morris M. Goldings, Pro Se
Reg. No. 24975-038
Former Medical Center, Devens
P.O. Box 879 - CMU
Ayer, MA. 01432

Copy to Asst. Henderson